UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

In Re                                    Chapter 13

NICHOLAS J. SANDS,               Case No. 19-12819-CGM

           Debtor.

-----------------------------------------------X

## ORDER GRANTING MOTION TO CONVERT TO CHAPTER 7

WHEREAS, on September 3, 2019, Nicholas J. Sands ("Debtor") filed a petition for relief under Chapter 13 of the bankruptcy code;

WHEREAS, on September 24, 2019 The Board of Managers of the 30 East 76th Street Condominium, on Behalf of the Unit Owners ("The Board") through counsel John P. Brooke, Esq. filed a motion seeking entry of an order converting this case to one under Chapter 7, or in the alternative, dismissing the case with prejudice for 180 days (the "Motion"), and no opposition thereto having been filed;

WHEREAS, on February 6, 2020, a hearing was held before this Court where The Board having appeared by counsel, The Brooke Law Firm, in support of conversion and Nicholas Sands appearing pro se; and after due deliberation, and good and sufficient cause thereto, and for reasons stated on the record; it is hereby

**ORDERED**, that this case commenced under Chapter 13 of the Bankruptcy Code is converted to a case under Chapter 7 pursuant to 11 U.S.C. §1307 and this Court shall appoint a chapter 7 trustee; and it is further

**ORDERED**, that the Debtor shall file with the Court all necessary schedules (including schedules A through and including J), Statement of Financial Affairs, Form 122A (Means Test), copies of all payment advices or other evidence of payment

received within 60 days before the date of the filing of the petition, certificate of credit counseling, statement of intention, updated creditor address matrix and any other requirements as required under 11 U.S.C. §521 within fourteen (14) days from the date hereof; and it is futher

    **ORDERED**, that the Debtor shall appear at the meeting scheduled in the converted case pursuant to 11 U.S.C. §341(a) and any adjournments thereof; and it is further

    **ORDERED**, that the Debtor shall comply with his obligations under the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, as required of a Debtor in a case under Chapter 7, including, but not limited to, requests from the chapter 7 Trustee and the United States Trustee's Office as well as this Court.



**Dated: February 10, 2020**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**