

**Shapiro, DiCaro & Barak, LLC**
Attorneys at Law

175 Mile Crossing Boulevard
Rochester, New York 14624
Tel: (585) 247-9000 • Fax: (585) 247-7380

**Partners:**
Gerald M. Shapiro (admitted in FL, IL)
David S. Kreisman (admitted in IL)

**Managing Partners:**
John A. DiCaro (NY)
Shari S. Barak (NY)

May 8, 2020

Chambers Hon. Cecelia G. Morris
United States Bankruptcy Court
Alexander Hamilton Custom House, One Bowling Green
New York, NY 10004

    RE:    Nicholas J. Sands
            Chapter 13
            Case Number: 19-12819-cgm
            Our File Number: 09-078060

Dear Judge Morris:

This letter confirms that there are no objections to the Motion for Relief from Stay filed by JPMorgan Chase Bank, N.A. on April 7, 2020 (ECF: 40) in the above bankruptcy case. The hearing on said motion is scheduled for May 14, 2020 at 11:00am.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

/s/ *Nicole DiStasio*

Nicole DiStasio, Esq.

  cc:    Debtor
        Nicholas J. Sands
        30 East 76th Street
        Apartment 7A-B
        New York, NY 10021

        Trustee
        Deborah Piazza
        Tarter Krinsky & Drogin LLP
        (served via ECF)

        Debtor's Attorney
        H. Bruce Bronson, Jr.
        (served via ECF)

        U.S. Trustee - Brooklyn
        (served via ECF)

**Additional Office Location:**
One Huntington Quadrangle, Suite 3N05, Melville, New York 11747 | Tel: (631) 844-9611 | Fax: (631) 844-9525

www.LOGS.com/shapiro_dicaro_barak