**Shapiro, DiCaro & Barak, LLC**
Attorneys at Law

175 Mile Crossing Boulevard
Rochester, New York 14624
Tel: (585) 247-9000 • Fax: (585) 247-7380

**Partners:**
Gerald M. Shapiro (admitted in FL, IL)
David S. Kreisman (admitted in IL)

**Managing Partners:**
John A. DiCaro (NY)
Shari S. Barak (NY)

May 28, 2020

Hon. Cecelia G. Morris
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

RE: Nicholas J. Sands
Chapter 7
Case Number: 19-12819-CGM
SD&B File Number: 09-078060

Dear Judge Morris:

This letter confirms that the Motion for Relief from Stay filed on April 7, 2020 (ECF 40) in the above bankruptcy case by JPMorgan Chase Bank, National Association scheduled for June 4, 2020 at 11:00 AM has been adjourned to June 18, 2020 at 9:00 AM.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

/s/ *Nicole DiStasio*
Nicole DiStasio

cc: Debtor
Nicholas J. Sands
30 East 76th Street
Apartment 7A-B
New York, NY 10021

Attorney for Debtor
H. Bruce Bronson
(served via ECF)

Trustee
Deborah J. Piazza
Tarter Krinsky & Drogin LLP
(served via ECF)

Attorney for Trustee
Jill Makower
Tarter Krinsky & Drogin LLP
(served via ECF)

U.S. Trustee – Brooklyn
(served via ECF)

**Additional Office Location:**
One Huntington Quadrangle, Suite 3N05, Melville, New York 11747 | Tel: (631) 844-9611 | Fax: (631) 844-9525

www.LOGS.com/shapiro_dicaro_barak